### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMILY SOUSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No.: 1:21-cv-00717-SB |
| | ) |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and LAWRENCE DORSEY, in his individual and professional capacities | ) ) ) ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF ANTHONY B. BIZIEN, ESQ. AS ATTORNEY OF RECORD

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83.7, Anthony G. Bizien, Esq. hereby withdraws his appearance as counsel for Plaintiff Emily Sousa in the above-captioned matter. Plaintiff continues to be represented by Lawrence Pearson, Esq, Michele D. Allen Esq. and Emily A. Biffen Esq.

**ALLEN & ASSOCIATES**

*/s/ Michele D. Allen*
Michele D. Allen (#4359)
Emily A. Biffen (#6639)
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
(302) 234-8600
(302) 234-8602 (fax)
michele@allenlaborlaw.com
emily@allenlaborlaw.com
*Attorneys for Plaintiff*

Dated: April 19, 2022