### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMILY SOUSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 1:21-cv-00717-SB |
| | ) |
| AMAZON.COM, INC., AMAZON.COM | ) |
| SERVICES LLC, and LAWRENCE | ) |
| DORSEY, in his individual and | ) |
| professional capacities | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alfredo J. Pelicci, Esq., to represent Plaintiff Emily Sousa in this matter.

**ALLEN & ASSOCIATES**

*/s/ Michele D. Allen*
Michele D. Allen (#4359)
Emily A. Biffen (#6639)
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
(302) 234-8600
(302) 234-8602 (fax)
michele@allenlaborlaw.com
emily@allenlaborlaw.com
*Attorneys for Plaintiff*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____
          Stephanos Bibas
          United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ Alfredo Pelicci*
Alfredo J. Pelicci, Esq.
N.Y. Bar I.D. (# 5775820)
V.A. Bar I.D. (#93058)
Wigdor LLP
85 Fifth Avenue, 5th Floor
New York, NY 10003
(212) 257-6800
(212) 257-6845 (fax)
apelicci@wigdorlaw.com

Dated:  April 19, 2022