**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EMILY SOUSA,<br><br>    Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and LAWRENCE DORSEY,<br><br>    Defendants. | C.A. No. 21-717-SB |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

  PLEASE WITHDRAW THE APPEARANCE of Juliana R. van Hoeven as counsel of record for Defendants Amazon.com, Inc., Amazon Services LLC, and Lawrence Dorsey (collectively "Defendants") in the above captioned action. Defendants will continue to be represented by Ballard Spahr LLP and Gibson Dunn & Crutcher LLP.

| | |
|---|---|
| Dated: May 20, 2022 | BALLARD SPAHR LLP |
| | |
| | */s/ Juliana R. van Hoeven* |
| OF COUNSEL: | Beth Moskow-Schnoll (No. 2900) |
| Jason C. Schwartz | Juliana R. van Hoeven (No. 6498) |
| GIBSON, DUNN & CRUTCHER LLP | BALLARD SPAHR LLP |
| 1050 Connecticut Avenue, N.W. | 919 North Market Street, 11th Floor |
| Washington, DC 20036-5306 | Wilmington, DE 19801 |
| Tel.: 202-955-8242 | Telephone: (302) 252-4465 |
| Email: JSchwartz@gibsondunn.com | Email: moskowb@ballardspahr.com |
| |    vanhoevenj@ballardspahr.com |
| Jessica Brown | |
| Hannah Regan-Smith | *Attorneys for Defendants Amazon.com, Inc.,* |
| GIBSON, DUNN & CRUTCHER LLP | *Amazon.com Services LLC, and Lawrence Dorsey* |
| 1801 California Street, Ste. 4200 | |
| Denver, CO 80202-2642 | |
| Tel.: 303-298-5700 | |
| Email: JBrown@gibsondunn.com | |
|    HRegan-Smith@gibsondunn.com | |