### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMILY SOUSA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No.: 1:21-cv-00717-SB |
| | ) |
| AMAZON.COM, INC., AMAZON.COM | ) |
| SERVICES LLC, and LAWRENCE | ) |
| DORSEY, in his individual and | ) |
| professional capacities | ) |
| | ) |
| Defendants. | ) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Alfredo J. Pelicci, Esq., to represent Plaintiff Emily Sousa in this matter.

**ALLEN & ASSOCIATES**

*/s/ Michele D. Allen*
Michele D. Allen (#4359)
Emily A. Biffen (#6639)
4250 Lancaster Pike, Suite 230
Wilmington, DE 19805
(302) 234-8600
(302) 234-8602 (fax)
michele@allenlaborlaw.com
emily@allenlaborlaw.com
*Attorneys for Plaintiff*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
Stephanos Bibas
United States Circuit Judge (sitting by designation)